**Marsha and Christy HEDGLIN,
Appellants,**

v.

**STAHL SPECIALTY COMPANY,
Respondent.**

**No. WD 52097.**

Missouri Court of Appeals,
Western District.

June 25, 1996.

Joan Klosterman, Kansas City, for appellants.

Terry J. Brady, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and
HANNA and SPINDEN, JJ.

*ORDER*

PER CURIAM.

Dependents of deceased employee were denied the additional fifteen percent of benefits for an alleged violation of § 287.120.4 by the employer. Judgment of denial of additional benefits affirmed. Rule 84.16(b).

■

**Robert WETMORE, Appellant,**

v.

**STATE of Missouri, Respondent,**

**No. WD 52183.**

Missouri Court of Appeals,
Western District.

June 25, 1996.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kurt U. Schaeffer, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and
HANNA and SPINDEN, JJ.

*ORDER*

PER CURIAM.

Movant appeals form the denial of a Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Affirmed. Rule 84.16(b).